UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRANDON BRADLEY, SR.,

        Plaintiff,

    v.                                          Case No. 20-C-81

KYLE TRITT, et al.,

        Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION FOR DEFAULT JUDGMENT

This matter comes before the court on Plaintiff's motion for sanctions and motion for default judgment. In his motions, Plaintiff makes broad allegations that WCI is committing state and federal perjury and that the defendants are fabricating evidence and causing unnecessary delays in his criminal and civil proceedings. It appears Plaintiff is complaining about issues that are unrelated to his claims in this action, and the court is unable to award sanctions on this basis. Rule 11 allows the court to sanction a party for filing something for an improper purpose, presenting frivolous arguments, or asserting claims that lack evidentiary support. Fed. R. Civ. P. 11. In addition, the entry of default judgment may be entered only upon the entry of default by the Clerk of Court after a party has failed to plead or otherwise defend against an action. Fed. R. Civ. P. 55. Plaintiff has not established that the defendants have violated Rule 11 or Rule 55; therefore, Plaintiff's motions for sanctions and for default judgment (Dkt. Nos. 41–42) are **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin this 28th day of April, 2020.

                                                s/ William C. Griesbach
                                              William C. Griesbach, District Judge
                                              United States District Court